

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00015-CR

RYAN MATTHEW PENA                                       APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure.[2] Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this

---

[1]*See* Tex. R. App. P. 47.4.

[2]Although appellant did not sign the motion, it is supported by his sworn affidavit.

motion, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 13, 2013